UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
THE UNITED STATES OF AMERICA

     -against-                                      NOTICE OF
                                        APPEARANCE
ANGELO MASULLO,

                                          08 MAG 1535

     Defendant.
--------------------------------X

     TO: CLERK OF COURT

     PLEASE TAKE NOTICE that Marc Agnifilo, Esq. of Brafman
& Associates, P.C., 767 Third Avenue, New York, New York
10017, admitted to this District in 1994, hereby appears on
behalf of the defendant.

                              _____
                              Marc Agnifilo, Esq.
                              Brafman & Associates, P.C.
                              767 Third Avenue
                              New York, New York   10017
                              Phone: (212) 750-7800
                              Fax: (212) 750-3906
                              E-Mail: Magnifilo@braflaw.com

Dated:     New York, New York
             August 5, 2008